**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| ALESIA STRALCHUK, *et al.*, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:25-CV-85 (LAG) |
| | : | |
| OMOTAYO B. ALLI, *et al.*, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## <u>ORDER</u>

Before the Court is *pro se* Plaintiff Alesia Stralchuk's Motion to Dismiss (Motion). (Doc. 17). In the Motion, Plaintiff states that she "wishes to voluntarily dismiss this case without prejudice[.]" (*Id.* at 1). Defendant Billy Hancock—the lone remaining defendant— "consents to Plaintiff's request to dismiss this action without prejudice." (Doc. 18 at 1). Plaintiff's Motion (Doc. 17) is therefore **GRANTED**, and this action is **DISMISSED** without prejudice.

**SO ORDERED**, this 8th day of July, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT**