IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

ALESIA STRALCHUK, et al.,                          *

                Plaintiff,                    *

v.                                                   Case No. 1:25-CV-85 (LAG)

                                            *

OMOTAYO B. ALLI, et al.,

                                            *

                Defendant.                   *

_____

**J U D G M E N T**

Pursuant to these Court Orders dated July 8, 2026 and March 31, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 8th day of July, 2026.

                                       David W. Bunt, Clerk

                                       s/ Michelle Paschal, Deputy Clerk